UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: Beulah Elzora Rowe

CASE NO.: 05-32193-LMK

Debtor(s).                    CHAPTER 7 (I)

---

Beulah Elzora Rowe

    Plaintiff(s)

AP NO. 09-03014

VS.

Citigroup, Inc. d/b/a, Citi Cards d/b/a, Citibank South Dakota, N.A.; and
Plaza Associates; and
National Financial Systems, Inc.; and
FMA Alliance, Ltd.;
Capital Management Services, LP; and
Resurgent Capital Services, LP;

    Defendant(s),

---

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiff states as follows:

1. Plaintiff filed an Adversarial Complaint in the above captioned case on May 21, 2009.

2. Defendants have not filed an answer or a motion for summary judgment.

Plaintiff hereby files this Notice of Dismissal in the above captioned adversary proceeding, with prejudice.

Date this the  21  day of August, 2009.

_____
Martin S. Lewis, FL Bar # 0100587
Steven D. Jurnovoy, FL Bar # 938221
Brooke E. Reynolds, FL Bar # 026860
Attorney For Plaintiff

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone (850) 432-9110
Facsimile (850) 433-8794

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Dismissal on those listed below has been submitted by either electronic mail or by first class mail, postage prepaid on this the ___21___ day of August 2009.

_____
OF COUNSEL

Katherine M. White, Esq.
Attorney for Citibank, N.A.
14000 Citi Cards Way, C1-B236
Jacksonville, FL 32258

Plaza Associates
370 Seventh Avenue
Suite 1200
New York, New York 10001

National Financial Systems, Inc
1400 Northpoint Parkway, Ste. 20
West Palm Beach, Florida 33407

FMA Alliance, Ltd
11811 North Freeway, Ste. 900
Houston, Texas 77060

Patricia Capriani, Esq.
Attorney for Capital Management Services
726 Exchange Street, Ste. 700
Buffalo, NY 14210

Michael Bahner, Esq.
Resurgent Capital Services, LP
LP 15 South Main St.
Greenville, SC 29601